| | |
|---|---|
| MICHELLE L. ROBERTS (SBN: 239092)<br>Email: michelle@ssrlawgroup.com<br>CASSIE SPRINGER AYENI (SBN: 221506)<br>Email: cassie@ssrlawgroup.com<br>**SPRINGER & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA  94607<br>Telephone:    (510) 992-6130<br>Facsimile:     (510) 280-7564<br><br>Attorneys for Plaintiff,<br>Amy Rivera | ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone:    (415) 433-0990<br>Facsimile:     (415) 434-1370<br><br>Attorneys for Defendant,<br>Life Insurance Company of North America |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amy Rivera,<br><br>                        Plaintiff,<br><br>             vs.<br><br>Life Insurance Company of North America,<br><br>                        Defendant, | Case No.  5:14-cv-01610-RMW<br><br>**STIPULATION AND [] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒   Private ADR (*please identify process and provider*)  The parties have scheduled a full-day mediation session to take place on September 15, 2014 with Mariam Zadeh of First Mediation Corporation.

The parties agree to hold the ADR session by:

   ☒   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

   ☐   other requested deadline _____

Dated:  July 22, 2014                **SPRINGER & ROBERTS LLP**

                                                        By: /s/ *Michelle L. Roberts*
                                                           Michelle L. Roberts
                                                           Cassie Springer Ayeni

                                                          *Attorneys for Plaintiff*

Dated:  July 22, 2014                **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                                         By: /s/ *Laura E. Fannon*
                                                           Laura E. Fannon

                                                         *Attorneys for Defendant LINA*

## SIGNATURE ATTESTATION

    I, Michelle L. Roberts hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  July 22, 2014                By:        */s/ Michelle L. Roberts*
                                                              MICHELLE L. ROBERTS

1237956v.1

1  **[] ORDER**

2  ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
3  ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

7  Dated:  ì ÐFÐI

*Ronald M. Whyte*

8  UNITED STATES DISTRICT JUDGE

1237956v.1