| | |
|---|---|
| MICHELLE L. ROBERTS (SBN: 239092)<br>Email:  michelle@ssrlawgroup.com<br>CASSIE SPRINGER AYENI (SBN:  221506)<br>Email: cassie@ssrlawgroup.com<br>**SPRINGER & ROBERTS LLP**<br>410 – 12th Street, Suite 325<br>Oakland, CA  94607<br>Telephone:     (510) 992-6130<br>Facsimile:     (510) 280-7564<br><br>Attorneys for Plaintiff,<br>Amy Rivera | ADRIENNE C. PUBLICOVER (SBN: 161432)<br>Email: adrienne.publicover@wilsonelser.com<br>LAURA E. FANNON (SBN: 111500)<br>Email: laura.fannon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,**<br>   **EDELMAN & DICKER LLP**<br>525 Market Street – 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone:     (415) 433-0990<br>Facsimile:     (415) 434-1370<br><br>Attorneys for Defendant,<br>Life Insurance Company of North America |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amy Rivera,<br><br>                           Plaintiff,<br><br>     vs.<br><br>Life Insurance Company of North America,<br><br>                           Defendant, | Case No.  5:14-cv-01610-RMW<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [] ORDER** |

In execution of a settlement and release agreement between the parties, it is hereby stipulated by and between Plaintiff AMY RIVERA and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 24, 2014 | **SPRINGER & ROBERTS LLP** |
| 3 | | By: /s/ *Michelle L. Roberts* |
| 4 | | Michelle L. Roberts<br>Cassie Springer Ayeni |
| 5 | | *Attorneys for Plaintiff* |

Dated: September 24, 2014

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: /s/ *Laura E. Fannon*
Laura E. Fannon

*Attorneys for Defendant LINA*

### SIGNATURE ATTESTATION

I, Michelle L. Roberts hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: September 24, 2014     By:     /s/ *Michelle L. Roberts*
                                      MICHELLE L. ROBERTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: F=B=  =FI                    *Ronald M. Whyte*

UNITED STATES DISTRICT JUDGE RONALD M. WHYTE

1237956v.1